TIMOTHY J. WALSH (69509)
ATTORNEY AT LAW
710 MISSOURI ST. SUITE 3
FAIRFIELD, CA. 94533
TEL: 707 429-1990
FAX: 707 429-1998
FFLAW@COMCAST.NET
ATTORNEY FOR DEBTOR

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

IN RE THE BANKRUPTCY OF

LEE DAVID ZAJAC

HELLEN LOUISE ZAJAC

Debtor

Case No.: 19-21745

ORDER CONFIRMING CHAPTER 13 PLAN
FILED MARCH 21, 2019

ORDER CONFIRMING CHAPTER 13 PLAN, FILED MARCH 21, 2019

The chapter 13 plan filed on MARCH 21, 2019 of the above named debtor has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor (s) plan satisfies the requirements of 11USC1325.

Therefore: IT IS ORDERED: that the CHAPTER 13 PLAN, filed MARCH 21, 2019 is confirmed.

IT IS FURTHER ORDERED THAT:

    1    The debtors shall immediately notify, in writing, the clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;

    2    The debtors shall immediately notify the trustee in writing of any termination, reduction of, or another change in the employment of the debtor; and

    3    The debtor shall appear in court whenever notified to do so by the Court.

RECEIVED
August 23, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006568942

IT IS FURTHER ORDERED THAT the attorney fees for the debtor's attorney in the full amount of $4,000.00 are approved, $2,200.00 of which was paid prior to the filing of the petition. The balance of $1,800.00, provided that the attorney and debtor have complied with local bankruptcy rule 2016-1(c), shall be paid by the trustee, from the plan payments, according to the plan, at the rate of $300.00 per month.

APPROVED BY THE CHAPTER 13 TRUSTEE AS TO FORM

**Dated:** August 24, 2019

Christopher D. Jaime, Judge
United States Bankruptcy Court